UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 15-00765 R (RAO)                                    Date:   July 7, 2015
Title:      April Jessica Nash v. Carolyn W. Colvin

| Present: | The Honorable | **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On May 14, 2015, April Jessica Nash ("Plaintiff") filed a complaint against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and a request to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 4.) On May 19, 2015, the Court granted Plaintiff's IFP request. (ECF No. 6.)

On May 22, 2015, the Court issued on Order Regarding Further Proceedings ("Order"). (ECF No. 8.) The Order required Plaintiff to file an appropriate Proof of Service within thirty (30) days of the date of the Order. (*Id.*, ¶ 1.) As of today, July 6, 2015, Plaintiff has not filed an appropriate Proof of Service.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **July 21, 2015,** why her action should not be dismissed due to her failure to prosecute. **Failure to timely comply with this Order and/or to show cause will result in the dismissal of this action.**

      **IT IS SO ORDERED.**

                                                                                               :
                                                         Initials of Preparer         gr