# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL JESSICA NASH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. SA CV 15-00765 R (RAO)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Re Summary Dismissal of Complaint for Review of Social Security Decision,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATE: August 21, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE